# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**CHARLES NOEL EDGAR,**

      **Plaintiff,**

**v.**                         **Case No. 1:17cv146-MW/GRJ**

**NANCY A. BERRYHILL,**
**Acting Commission of**
**Social Security,**

      **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No.  20.  Upon consideration, no objections having

been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "The decision of the

Commissioner is **AFFIRMED**." The Clerk shall close the file.

**SO ORDERED on May 17, 2018.**

                             **s/Mark E. Walker** _____
                             **United States District Judge**